# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS

UNITED STATES OF AMERICA

VS.                                                              4:23CR00276-01 BSM

KEITH WAYNE BROWN

## WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO THE CUSTODIAL AUTHORITY at the OKDOC-JESS DUNN CORRECTIONAL CENTER, TO THE UNITED STATES MARSHAL FOR THE EASTERN DISTRICT OF ARKANSAS:

GREETINGS:

We command that you surrender the body of KEITH WAYNE BROWN detained in the OKDOC-JESS DUNN CORRECTIONAL CENTER, Taft, Oklahoma in your custody, under safe and secure conduct, to the custody of the United States Marshal for the Eastern District of Arkansas, and the said Marshal is directed to produce the body of the Defendant before this Court on January 16, 2024 at 2:00 p.m. before the Honorable Edie R. Ervin, after the proceedings have been concluded, that you return KEITH WAYNE BROWN to OKDOC-JESS DUNN CORRECTIONAL CENTER under safe and secure conduct.

IN WITNESS WHEREOF, I have set my hand and the seal of said court, this 29 November 2023.

_____
UNITED STATES MAGISTRATE JUDGE